**Order filed May 6, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00928-CV
_____

**ALICE M. JONES, Appellant**

**V.**

**ANTONIO MURILLO INDIVIDUALLY AND D/B/A TIGER CONSTRUCTION, THE NATIONAL ASSOCIATION OF MINORITY CONTRACTORS OF TEXAS, Appellees**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2006-76136**

# O R D E R

The clerk's record in this appeal was filed February 7, 2014. The reporter's record was filed March 13, 2014. Appellant's brief was due April 14, 2014**.** *See* Tex. R. App. P. 38.6(a). No brief or motion for extension of time has been filed. Unless appellant files a brief with the clerk of this court on or before **May 19, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM